CASE NO.:
Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

DWB ASSET MANAGEMENT LLC,

      Plaintiff,

vs.

ACCELERANT SPECIALTY INSURANCE
COMPANY and CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON SUBSCRIBING TO
COVER NOTE NO. B0507RN2200289

      Plaintiffs/Counter-Defendants.

_____/

## COMPLAINT

COMES NOW Plaintiff, DWB Asset Management LLC, (hereinafter "DWB Asset"), by and through its undersigned counsel, and files this action against ACCELERANT SPECIALTY INSURANCE COMPANY ("Accelerant") and CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO COVER NOTE NO. B0507RN2200289 (hereinafter "Lloyds") (collectively the "Defendants") for breach of contract and states as follows:

1.      At all times material to this claim, DWB Asset is a single member Florida limited liability company with its principal location in Brentwood, Tennessee and its sole member residing in Brentwood, Tennessee.

2.      Lloyds and Accelerant are foreign insurance companies doing business in the State of Florida and in Broward County.

3.      This court has diversity jurisdiction over this matter pursuant to 28 U.S.C § 1332 as Defendants are citizens of a foreign nation and the controversy exceeds $75,000.00.

CASE NO.:
Page 2

4.      Venue is proper in this District as the nexus of this action accrued in Broward County, Florida.

## FACTUAL ALLEGATIONS

5.      In December 2022, DWB Asset entered into a contract with Defendants whereby Defendants agreed to provide a marine insurance policy (the "Policy") to DWB Asset for the Vessel in exchange for monthly premium payments.  A true and correct copy of the Policy is attached and incorporated herein as **Exhibit A**.

6.      Pursuant to the Policy, coverage became effective on December 27, 2022 and provided coverage through December 27, 2023.

7.      On March 20, 2023, during the coverage period, the Vessel, while undergoing repairs and upgrades at a shipyard in Broward County and while not being in a state where the Vessel could operate its engines to power and propel itself, was towed by a third-party company hired by the shipyard to another area of the shipyard where a haul out was scheduled to be conducted (the "Tow").  During the Tow, water intruded into the Vessel and caused severe damage (the "Incident") at no fault of DWB Asset.

8.      Following the Incident in order to prevent further damage to the Vessel, DWB Asset took measures to protect the Vessel which caused DWB Asset to incur fees.

9.      Section 3 of the Policy states, in pertinent part:

> **If a sum is shown for Section A of the Insuring Agreement Declaration Page, we provide coverage for accidental physical loss of or damage to the Scheduled Vessel which occurs during the period of this Insuring Agreement and within the limits set out in the Insuring Agreement Declaration Page, subject to the Insuring Agreement provisions, conditions, warranties, Deductibles and exclusions.**

10.     Pursuant to Section A of the Policy's Insuring Agreement Declaration Page, the Vessel's hull is insured in the amount of $3,000,000.00.

11.     Damage to the Vessel exceeds $3,000,000.00 making the Vessel a constructive total loss.

12.     DWB Asset has complied with all of its duties as outlined in Section 10 of the Policy, including immediately notifying Accelerant of the Incident and cooperating with Defendants while it conducted a full investigation.

13.     DWB Asset submitted its claim for coverage of the loss to the Defendants.

14.     The Policy contains no exclusions that would prevent DWB Asset from a loss of coverage under the Policy.

15.     Despite DWB Asset 's compliance with all of its duties resulting from the Incident and subsequent salvage, Defendants have failed to uphold their obligations under the Policy.

## COUNT I – BREACH OF CONTRACT

16.     DWB Asset realleges and reincorporates Paragraphs 1 through 15 as though fully set forth herein.

17.     DWB Asset entered into the Policy with Accelerant for marine insurance to insure the Vessel and paid premiums in accordance with the Policy.

18.     The Policy is in full force and effect from December 27, 2022 to December 27, 2023.

19.     On March 20,2023, during the coverage period, the Vessel was towed by a third-party tow company while undergoing repairs at a shipyard facility.  During the Tow, water intruded into the Vessel and caused severe damage at no fault of DWB Asset.

CASE NO.:
Page 4

20.     To prevent further damage to the Vessel, DWB Asset took measures to protect the Vessel which caused DWB Asset to incur additional damages.

21.     DWB Asset reported the damages associated with the Incident to Defendants.

22.     DWB Asset has made a claim to Defendants for the costs relating to the Incident and its damages.

23.     DWB Asset satisfied the Policy requirements by notifying Defendants of the incident and damages in a timely manner and has requested that the Defendants indemnify DWB Asset for the damages.

24.     DWB Asset has fully cooperated with Defendants and allowed a full investigation of the matter and has satisfied all of the policy requirements.

25.     Defendants breached the Policy by failing to cover this loss and indemnify DWB Asset for the damages relating to the Incident.

26.     As a result of Defendants breach of the Policy, DWB Asset has suffered damages.

WHEREFORE, DWB Asset respectfully requests this Court to issue a Judgement:

a)  Finding that Defendants breached the Policy of insurance to DWB Asset by failing to pay for the damages;

b)  Awarding damages to DWB Asset in an amount to be proven at trial; and

c)  Awarding costs, pre-judgement interest, attorneys' fees and such other relief as this Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff, DWB ASSET MANAGEMENT LLC, demands a trial by jury for all issues so triable.

CASE NO.:
Page  5

August 29, 2023                              Respectfully submitted,

*/s/ Nicholas J. Zeher*
Nicholas J. Zeher (Fla. Bar No. 1003565)
Umberto Bonavita (Fla. Bar No. 632791)
ROBERT ALLEN LAW
The Four Seasons Office Tower
1441 Brickell Avenue, Suite 1400
Miami, Florida   33131
Tel:     (305) 372-3300
Fax:     (305) 379-7018
Email:  nzeher@robertallenlaw.com
ubonavita@robertallenlaw.com
litigation@robertallenlaw.com